ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
By RR
Deputy

| | | |
|---|---|---|
| MICHELLE METZINGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| CEAPHUS GORDON AND THE CITY OF DALLAS, | § | 3-08CV1519-N |
| | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, City of Dallas ("City") and Ceaphas Gordon ("Gordon") (collectively, "Defendants"), pursuant to 28 U.S.C. § 1441, file this Notice of Removal, and hereby remove Plaintiff Michelle Metzinger's state district court civil action to this federal district court. In support hereof, Defendants respectfully show as follows.

### Introduction

1. Plaintiff, Michelle Metzinger ("Plaintiff" or "Metzinger"), filed this action in the 193rd Judicial District Court of Dallas County, Texas on January 14, 2008, naming the City and Gordon as Defendants in this case. (*See* Index of Documents and Pleadings Filed in State Court (Doc. 2, Plaintiff's Original Petition)).

2. The City and Gordon timely answered Plaintiff's Original Petition on February 6, 2008, and March 4, 2008, respectively. (*See* Index of Documents and Pleadings Filed in State Court (Doc. 9, Defendant City of Dallas' Plea to the Jurisdiction, Special Exceptions, Original Answer, Request for Disclosure, and Jury Demand, and Doc. 14, Defendant Ceaphus Gordon's Special Exceptions, Original Answer, Request for Disclosure, and Jury Demand)).

3. On August 4, 2008, Metzinger filed her Second Amended Petition in which she alleges for the first time federal claims against the City pursuant to 42 U.S.C. § 1983. (*See* Index of Documents and Pleadings Filed in State Court (Doc. 33, Plaintiff's Second Amended Petition)). Defendants, through their counsel of record, received a copy of Plaintiff's Second Amended Petition on that same date, August 4, 2008.

4. Under to 28 U.S.C. § 1446(b), "[i]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant [. . .] of a copy of an amended pleading [. . .] from which it may first be ascertained that the case is one which is or has become removable [. . .]." 28 U.S.C. § 1446(b). Plaintiff's Second Amended Petition, which expressly injects federal claims into this litigation, is the pleading from which one could first ascertain that this case has become removable. Defendants have filed this notice of removal within the time period allowed for removal under 28 U.S.C. § 1446(b). Removal of this action is, therefore, timely.

**Nature of the Suit**

5. This suit involves claims arising out of Metzinger's arrest for assault on a public servant on January 14, 2006. Metzinger alleges that Gordon, a Dallas police officer, unlawfully detained and arrested her, and that he used unreasonable and inappropriate force to effect the detention and arrest. Plaintiff's Second Amended Petition asserts causes of action against the City for alleged deprivations of rights secured by the Fourth and Eighth Amendments to the United States Constitution. (*See* Index of Documents and Pleadings Filed in State Court (Doc. 33, Plaintiff's Second Amended Petition at 5-6)).

**Basis for Removal**

6. Removal is proper because Plaintiff's Second Amended Petition asserts matters in dispute over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343. *See* 28 U.S.C. § 1441. Specifically, Metzinger brings claims against the City pursuant to 42 U.S.C. § 1983 for alleged deprivations, under color of law, of rights secured by the Fourth and Eighth Amendments to the United States Constitution. Defendants are entitled by statute to remove the case to federal court because Metzinger's claims present a federal question.

7. Plaintiff's Second Amended Petition also alleges Texas state law tort claims against the City and Gordon for unlawful arrest and negligence under the Texas Tort Claims Act. Metzinger's state law claims are likewise removable because they have been brought together with her federal claims. *See* 28 U.S.C. § 1441(c).

**Jury Demand**

8. All parties have demanded a trial by jury in the state court action.

**Notice of the Removal is Procedurally Correct**

9. Defendants' Notice of Removal is procedurally correct. All defendants who have been served and appeared and who are subject to suit join in the removal of this action, as reflected by the signature of counsel on the notice.

10. Defendants have attached to this notice all pleadings, process, orders, and all other filings in the state court action as required by 28 U.S.C. § 1446(a) and N.D. Tex. Local Civ. R. 81.1(a).

11. Venue is proper in this district court under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action is pending.

12. Defendants will promptly file a copy of this notice of removal with the clerk of the state court in which the action is pending.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF DALLAS

By: [signature]

TATIA R. WILSON
Assistant City Attorney
Texas Bar No. 00795793
tatia.wilson@dallascityhall.com

JASON G. SCHUETTE
Assistant City Attorney
Texas Bar No. 17827020
jason.schuette@dallascityhall.com

Dallas City Hall
1500 Marilla Street, 7CN
Dallas, Texas 75201
Telephone: 214.670.3519
Facsimile: 214.670.0622

ATTORNEYS FOR DEFENDANTS CEAPHUS GORDON AND THE CITY OF DALLAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via certified mail, return receipt requested, on Matthew C. McKay, Law Offices of Matthew C. McKay, P.C., 2213 Boll Street, Dallas, Texas 75204, counsel for Plaintiff, on this 28th day of August, 2008.

[signature]

TATIA R. WILSON
Assistant City Attorney

#246678

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

3-08CV1519-N

ORIGINAL

RECEIVED AUG 28 2008 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**I. (a) PLAINTIFFS**
MICHELLE METZINGER

**DEFENDANTS**
CEAPHUS GORDON AND THE CITY OF DALLAS

**(b)** County of Residence of First Listed Plaintiff DALLAS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Matthew C. McKay, Law Offices of Matthew C. McKay, P.C., 2213 Boll Street, Dallas, TX 75204; (214) 637-9300

Attorneys (If Known)
Tatia Wilson & Jason Schuette; Dallas City Attorney's Office, 1500 Marilla Street, 7CN, Dallas, TX 75201; (214) 670-3519

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
U.S. Civil Statute: 42 U.S.C. § 1983

Brief description of cause:
Unlawful detention and arrest and excessive use of force

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 100,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 08/28/2008

SIGNATURE OF ATTORNEY OF RECORD [signature: Tatia R. Wilson]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# United States District Court
# Northern District of Texas

RECEIVED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| **Court** | **Case Number** |
|---|---|
| 193rd District Court, Dallas County, Texas | DC-08-00408-L |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| Michelle Metzinger, Plaintiff | Matthew C. McKay<br>Texas Bar No. 00788022<br>Law Offices of Matthew C. McKay, P.C.<br>2213 Boll Street<br>Dallas, Texas 75204<br>Telephone: (214) 637-9300<br>Facsimile: (214) 637-9331 |
| Ceaphus Gordon, Defendant<br>City of Dallas, Defendant | Tatia R. Wilson<br>Assistant City Attorney<br>Texas Bar No. 00795793<br><br>Jason G. Schuette<br>Assistant City Attorney<br>Texas Bar No. 17827020<br><br>Dallas City Attorney's Office<br>1500 Marilla Street, 7CN<br>Dallas, Texas 75201<br>Telephone: (214) 670-3519<br>Facsimile: (214) 670-0622 |

3. **Jury Demand:**

Was a Jury Demand made in State Court? __X__ Yes _____ No

If "*Yes*," by which party and on what date?

| Party | Date |
|---|---|
| Michelle Metzinger | January 14, 2008 |
| City of Dallas | February 13, 2008 |
| Ceaphus Gordon | March 4, 2008 |

4. **Answer:**

Was an Answer made in State Court? __X__ Yes _____ No

If "*Yes*," by which party and on what date?

| Party | Date |
|---|---|
| City of Dallas | February 13, 2008 |
| Ceaphus Gordon | March 4, 2008 |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| None | N/A |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| None | N/A |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Michelle Metzinger | Deprivation of rights secured by Fourth and Eighth Amendments to the United States Constitution; state tort claims for wrongful arrest and negligence under Texas Tort Claims Act. |