IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHELLE METZINGER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:08-CV-1519-N |
| | § | (ECF) |
| CEAPHUS GORDON, | § | |
| | § | |
| Defendant. | § | |

# **JUDGMENT**

On June 24, 2010, the jury rendered a verdict in favor of Defendant on Plaintiff's claims. In light of the jury's verdict, it is ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing on her claims against Defendant. Taxable court costs are to be paid by Plaintiff.

Signed June 25, 2010.

David C. Godbey
United States District Judge

APPROVED AS TO FORM AND CONTENT:

s/ Tatia R. Wilson
Assistant City Attorney
Texas Bar No. 00795793
tatia.wilson@dallascityhall.com

s/ Jason G. Schuette
Executive Assistant City Attorney
Texas Bar No. 17827020
jason.schuette@dallascityhall.com

*Attorneys for Defendant*

APPROVED AS TO FORM ONLY:

s/ Don Tittle
State Bar No. 20080200
dontittle@earhthlink.net

*Attorney for Plaintiff*